MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Email: brigo@blwmlawfirm.com

Attorneys for Plaintiff
Acuity, a Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY, a Mutual Insurance Company, | CASE NO: 2:19-cv-01879-GMN-DJA |
| Plaintiff, | |
| vs. | |
| CHERYL RIDEOUT CIFUNI, individually and as Special Administrator of the Estate of MIKAYLA ALEXANDRA CIFUNI, deceased; and MICHAEL CIFUNI, individually; DOE INDIVIDUALS I through X inclusive and ROE BUSINESS ENTITIES I through X inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY TO DEFENDANT'S RESPONSE [ECF 19] TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF 13]

Plaintiff Acuity, a Mutual Insurance Company and Defendant's Cheryl Rideout Cifuni, Estate of Mikayla Alexandra Cifuni and Michael Cifuni, by and through their respective counsel of record, hereby stipulate that Plaintiff Acuity, a Mutual Insurance

Company may have an extension of time in which to file its Reply to Defendant's Response [ECF 19] to Plaintiff's Motion for Summary Judgment [ECF 13] up to and including March 3, 2020.

Approved as to form:

| Dated this 25th day of February 2020 | Dated this 25th day of February 2020 |
|---|---|
| THE SCHNITZER LAW FIRM | BAUMAN LOEWE WITT & MAXWELL |
| /s/ Jordan P. Schnitzer | /s/ Michael C. Mills |
| JORDAN P. SCHNITZER, ESQ.<br>Nevada Bar No. 010744<br>9205 W. Russell Road, Ste. 240<br>Las Vegas, NV 89148<br>Phone: 702-960-4050<br>Fax: 702-960-4092<br>Associate Counsel for Defendants, Cheryl Rideout Cifuni, Estate of Mikayla Alexandra Cifuni, and Michael Cifuni | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax: 702-240-4267<br>Attorneys for Plaintiff,<br>Acuity, a Mutual Insurance Company |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this 26 day of February, 2020.