MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Email: brigo@blwmlawfirm.com

Attorneys for Plaintiff
Acuity, a Mutual Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY, a Mutual Insurance Company, | CASE NO: 2:19-cv-01879-GMN-DJA |
| Plaintiff, | |
| vs. | |
| CHERYL RIDEOUT CIFUNI, individually and as Special Administrator of the Estate of MIKAYLA ALEXANDRA CIFUNI, deceased; and MICHAEL CIFUNI, individually; DOE INDIVIDUALS I through X inclusive and ROE BUSINESS ENTITIES I through X inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO MODIFY THE DISCOVERY PLAN AND SCHEDULING ORDER TO EXTEND DISCOVERY PLAN DEADLINES (FIRST REQUEST)**

Plaintiff Acuity, a Mutual Insurance Company and Defendants Cheryl Rideout Cifuni individually and as Special Administrator of the Estate of Mikayla Cifuni (deceased) and Michael Cifuni, by and through their respective counsel, and pursuant to Local Rule ~~26-4~~ 26-3, stipulate to modify their discovery plan as follows:

1. On October 23, 2019, Plaintiff filed their Complaint for Declaratory Relief [ECF 1].

2. On October 24, 2019, this Court assigned the matter to the Honorable Judge Gloria M. Navarro and Magistrate Judge Daniel J. Albregts [ECF 2].

3. On October 25, 2019, Plaintiff filed proposed Summons for the Estate of Mikayla Cifuni, Cheryl Rideout Cifuni and Michael Cifuni were filed [ECF 3 – ECF 5].

4. On October 25, 2019, Plaintiffs Summons were issued for the Estate of Mikayla Cifuni, Cheryl Rideout Cifuni and Michael Cifuni [ECF 6].

5. On October 30, 2019, Plaintiff filed their Certificate of Interested Parties [ECF 7].

6. On December 14, 2019, Plaintiff filed Proof of Service for the Estate of Mikayla Cifuni [ECF 8].

7. On December 14, 2019, Plaintiff filed Proof of Service for Cheryl Rideout Cifuni [ECF 9].

8. On December 14, 2019, Plaintiff filed Proof of Service Michael Cifuni [ECF 10].

9. On January 21, 2020, Defendants filed their Certificate of Interested Parties [ECF 11].

10. On January 21, 2020, Defendants filed their Motion to Dismiss [ECF 12].

11. On January 28, 2020, Plaintiffs filed their Motion for Summary Judgment [ECF 13].

12. On January 30, 2020, Plaintiffs filed their Response to Defendants Motion to Dismiss [ECF 14].

13. On February 7, 2020, Defendants filed their Reply to Plaintiffs Response to Defendants Motion to Dismiss [ECF 15].

14. On February 7, 2020, the parties filed their proposed Discovery Plan and Scheduling Order [ECF 16].

15. On February 10, 2020, this Court granted the Discovery Plan and Scheduling Order [ECF 17].

16. On February 10, 2020, this Court issued its Notice Regarding AO 85 Consent Forms [ECF 18].

17. On February 11, 2020, Defendants filed a Response to Plaintiffs Motion for Summary Judgment [ECF 19].

18. On February 25, 2020, the parties filed a Stipulation and Order to Extend Time for Plaintiff to Reply to Defendants Response to Plaintiffs Motion for Summary Judgment [ECF 20].

19. On February 26, 2020, this Court granted the Stipulation and Order to Extend Time for Plaintiff to Reply to Defendants Response to Plaintiffs Motion for Summary Judgment [ECF 21].

20. On March 3, 2020, Plaintiff filed a Reply to Defendants Response to to Plaintiffs Motion for Summary Judgment [ECF 22].

21. On March 13, 2020, Plaintiff filed Exhibit B to their Reply to Defendants Response to Plaintiffs Motion for Summary Judgment [ECF 23].

22. On April 3, 2020, Plaintiff filed a Motion for Leave to File Supplemental Brief [ECF 24].

23. On April 16, 2020, Defendants filed their Response to Plaintiffs Motion for Leave to file Supplemental Brief [ECF 25].

24. On April 22, 2020, Plaintiff filed their Reply to Defendants Response to Plaintiffs Motion for Leave to file Supplemental Brief [ECF 26].

25. The parties held their F.R.C.P. Rule 26(f) conference on January 31, 2020 and filed their Stipulated Discovery Plan and Scheduling Order on February 7, 2020. In this original plan, the parties agreed to the following dates:

| | |
|---|---|
| Last Day to Amend Pleadings: | 04/21/2020 |
| Expert Disclosure Deadline: | 05/21/2020 |
| Interim Status Report Deadline: | 05/21/2020 |

| | | |
|---|---|---|
| 1 | Rebuttal Expert Disclosure: | 06/22/2020 |
| 2 | Last Day to Extend Discovery Plan: | 06/29/2020 |
| 3 | Discovery Cut-Off: | 07/20/2020 |
| 4 | Dispositive Motions Deadline: | 08/20/2020 |
| 5 | Pre-Trial Order: | 09/19/2020 |

The initial discovery plan was approved by United States Magistrate Daniel J. Albregts on February 10, 2020.

26.     In compliance with Local Rule 26-4, the parties provide the following information regarding the discovery status:

(a)     **Discovery Completed pursuant to Fed. R. Civ. P. 26(a):**

<u>Defendants:</u>

None

<u>Plaintiffs:</u>

| | |
|---|---|
| Plaintiff's Initial Disclosures | 02/05/2020 |
| Plaintiff's First Supplemental Disclosure | 02/12/2020 |
| Plaintiff's Second Supplemental Disclosure | 02/24/2020 |

(b)     **Discovery that remains to be completed:**

- Following the court's ruling on the Motion to Dismiss, Plaintiff needs to file a responsive pleading.
- Plaintiff needs to conduct the depositions of Defendants.
- The parties may wish to conduct depositions of other parties or witnesses.
- The parties need to designate experts and rebuttal experts and exchange designations of experts and their reports.
- The parties need to conduct the depositions of Plaintiff's experts and Defendant's experts.

(c)     **Reasons why discovery was not completed:**

- The parties need additional time for discovery for the following reasons, among others:

- It took longer than expected to gather all of the documents.
- Additional discovery is anticipated to be largely dependent upon the testimony given at the depositions and, due to the State Court Case difficulties encountered in coordinating the schedule of the witnesses and counsel for the parties.
- Defendants counsel has recently filed a Motion to Dismiss.
- Plaintiff's counsel has recently filed a Motion for Summary Judgment.
- A hearing on the Motions has not been set.
- The COVID-19 restrictions have impacted the parties' ability to obtain documents, schedule depositions and obtain experts.

The parties submit that pursuant to Rule LR II 26-4, good cause exists for the proposed extended discovery schedule detailed below.

**(d)     Proposed Schedule:**

The parties propose a 60-day extension to complete the remaining discovery. Those dates will be:

| | |
|---|---|
| Last Day to Amend Pleadings: | closed |
| Expert Disclosure Deadline: | 07/20/2020 |
| ~~Interim Status Report Deadline~~: | ~~07/20/2020~~ |
| Rebuttal Expert Disclosure: | 08/21/2020 |
| Last Day to Amend DPSO: | 08/28/2020 |
| Discovery Cut-Off: | 09/18/2020 |
| Dispositive Motions Deadline: | 10/19/2020 |
| Pre-Trial Order: | 11/18/2020 |

(If dispositive motions are filed, the deadline for the filing of the joint pre-trial order will be suspended until 30 days after decision on the dispositive motions or further court order.)

## CONCLUSION

For the foregoing reasons, the parties herein respectfully request this Honorable Court to modify the Discovery Plan and Scheduling Order to extend all discovery deadlines.

Approved as to form and content:

Dated this 20th day of May 2020.

NETTLES / MORRIS

/s/ Christian M. Morris
_____
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 07462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
1389 Galleria Dr., Ste. 200
Henderson, NV 89014
Phone: 702-434-8282
Fax: 702-434-1488
Attorneys for Defendants, Cheryl Rideout Cifuni, Estate of Mikayla Alexandra Cifuni, and Michael Cifuni

Dated this 20th day of May 2020.

THE SCHNITZER LAW FIRM

/s/ Jordan P. Schnitzer
_____
JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
9205 W. Russell Road, Ste. 240
Las Vegas, NV 89148
Phone: 702-960-4050
Fax: 702-960-4092
Associate Counsel for Defendants, Cheryl Rideout Cifuni, Estate of Mikayla Alexandra Cifuni, and Michael Cifuni

Dated this 20th day of May 2020.

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills
_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada  89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Plaintiff,
Acuity, a Mutual Insurance Company

**IT IS SO ORDERED.**

**DATED: May 21, 2020.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**\*\*NOTE - The Local Rules as amended on 4/17/2020 eliminated former Local Rule 26-3's requirement for Interim Status Reports. Therefore, the parties are not required to submit an Interim Status Report.  The parties are directed to review the revised local rules for further changes.\*\***