# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ACUITY, | Case No. 2:19-cv-01879-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| CHERYL RIDEOUT CIFUNI, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Extend Time (ECF No. 32), filed on August 19, 2020.  Defendants filed a Non-Opposition (ECF No. 34) on September 2, 2020. Plaintiff requests to extend the discovery deadlines by 90 days.  It acknowledges that the request was filed late citing to the excusable neglect standard because it failed to move before they passed.  Plaintiff claims that it anticipated the Court would have ruled on the pending motion to dismiss, motion for summary judgment, and motions for leave to file supplemental briefs before the discovery deadlines expired.  Defendants simply indicate that they do not oppose the request. The Court is not persuaded that simply waiting for pending motions to be decided and failing to timely pursue discovery meets the excusable neglect standard.  However, given Defendant's non-opposition and the stage of this litigation, the Court will grant the 90 days extension.  It cautions the parties to work together to seek a stipulation for any future discovery extensions and they must demonstrate diligence in conducting discovery during these additional 90 days.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Extend Time (ECF No. 32) is **granted**.

**IT IS FURTHER ORDERED** that the following deadlines shall govern discovery:

Amending pleadings and adding parties: Closed

Expert disclosures: October 19, 2020

1 | Rebuttal expert disclosures: November 19, 2020
2 | Discovery cutoff: December 17, 2020
3 | Dispositive motions: January 19, 2021
4 | Pretrial order: February 16, 2021

6 | DATED: September 7, 2020

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE