JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
THE SCHNITZER LAW FIRM
9205 West Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 960-4050
Facsimile: (702) 960-4092
Jordan@TheSchnitzerLawFirm.com

BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
NETTLES | MORRIS
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
brian@nettlesmorris.com
christian@nettlesmorris.com
victoria@nettlesmorris.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ACUITY, A Mutual Insurance Company<br><br>Plaintiff,<br><br>vs.<br><br>CHERYL RIDEOUT CIFUNI, individually; ESTATE OF MIKAYLA ALEXANDRA CIFUNI, deceased; by and through its Special Administrator, CHERYL RIDEOUT CIFUNI and MICHAEL CIFUNI, individually; DOES INDIVIDUALS I through X inclusive and ROE BUSINESS ENTITIES I through X inclusive,<br>Defendants. | Case No.: 2:19-cv-01879-GMN-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' OPPOSITION DEADLINE TO PLAINTIFF'S MOTION TO COMPEL ANSWERS AND RESPONSES TO WRITTEN DISCOVERY [ECF 33]** |

1

COME NOW Defendants, CHERYL RIDEOUT CIFUNI, individually and as Special Administrator of the Estate of MIKAYLA ALEXANDRA CIFUNI, and MICHAEL CIFUNI, individually, by and through their counsel of record, The Schnitzer Law Firm and the law firm Nettles | Morris, and Plaintiff, ACUITY, by and through their counsel of record, the law firm of Bauman Loewe Witt & Maxwell, hereby submits their Stipulation and Order to Extend Defendants' Opposition deadline to Plaintiff's Motion to Compel Answers and Responses to Written Discovery [ECF 33]. The parties request that Defendants' Opposition Deadline, to Plaintiff's Motion to Compel Answers and Responses to Written Discovery [ECF 33] be extended to September 18, 2020. This stipulation is not made for the purpose of delay or obstruction but is made in good faith.

| THE SCHNITZER LAW FIRM | BAUMAN LOEWE WITT & MAXWELL |
|---|---|
| DATED this 11th day of September 2020 | DATED this 11th day of September 2020. |
| BY: /s/ Jordan P. Schnitzer, Esq. | BY: /s/ Michael C. Mills, Esq. |
| JORDAN P. SCHNITZER, ESQ. | MICHAEL C. MILLS, ESQ. |
| Nevada Bar No. 10744 | Nevada Bar No. 3534 |
| 9205 W. Russell Road, Suite 240 | BERNADETTE A RIGO, ESQ. |
| Las Vegas, Nevada 89148 | Nevada Bar No. 7882 |
|  | 3650 N. Rancho Dr., Ste. 114 |
| BRIAN D. NETTLES, ESQ. | Las Vegas, NV 89130 |
| Nevada Bar No. 7462 | *Attorneys for Plaintiff* |
| CHRISTIAN M. MORRIS, ESQ. |  |
| Nevada Bar No. 11218 |  |
| VICTORIA R. ALLEN, ESQ. |  |
| Nevada Bar No. 15005 |  |
| 1389 Galleria Drive, Suite 200 |  |
| Henderson, Nevada 89014 |  |
| *Attorneys for Defendants* |  |

### **ORDER**

IT IS SO ORDERED.

DATED this 14th day of September 2020.

_____
UNITED STATES MAGISTRATE JUDGE