1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  BERNADETTE A. RIGO, ESQ.
   Nevada Bar No. 007882
3  BAUMAN LOEWE WITT & MAXWELL
   3650 N. Rancho Dr., Ste. 114
4  Las Vegas, Nevada 89130
   Phone: 702-240-6060
5  Fax: 702-240-4267
   Email: mmills@blwmlawfirm.com
6  Email: brigo@blwmlawfirm.com

7  Attorneys for Plaintiff
   Acuity, a Mutual Insurance Company
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

| | |
|---|---|
| 11  ACUITY, a Mutual Insurance Company, | CASE NO: 2:19-cv-01879-GMN-DJA |
| 12         Plaintiff, | |
| 13         vs. | |
| 14  CHERYL RIDEOUT CIFUNI, individually and as Special Administrator of the Estate of MIKAYLA ALEXANDRA CIFUNI, deceased; and MICHAEL CIFUNI, individually; DOE INDIVIDUALS I through X inclusive and ROE BUSINESS ENTITIES I through X inclusive, | **STIPULATION AND ORDER TO EXTEND DEADLINE OF PLAINTIFF TO REPLY TO DEFENDANTS' RESPONSE [ECF 38] TO PLAINTIFFS MOTION TO COMPEL [ECF 33]** |
| 18         Defendants. | |

19

20     COME NOW Plaintiff, Acuity, a Mutual Insurance Company, by and through its

21  counsel of record, Michael C. Mills, Esq. of the law firm of Bauman Loewe Witt &

22  Maxwell, and Defendants, Cheryl Rideout Cifuni, individually and as Special

23  Administrator of the Estate of Mikayla Alexandra Cifuni, and Michael Cifuni, individually,

24  by and through their counsel of record, The Schnitzer Law Firm and the law firm

25  Nettles | Morris, hereby submit their Stipulation and Order to Extend Deadline of Plaintiff

26  to Reply to Defendants' Response [ECF 38] to Plaintiffs Motion to Compel [ECF 33].

27  The parties request that Plaintiff's Deadline to Reply to Defendants' Response [ECF 38]

28

1  be extended until October 2, 2020.  This stipulation is not made for the purpose of delay
2  or obstruction but is made in good faith.
3       Approved as to form and content:
4  Dated this 24th day of September 2020.     Dated this 24th day of September 2020.
5  NETTLES / MORRIS     THE SCHNITZER LAW FIRM
6  /s/ Christian M. Morris     /s/ Jordan P. Schnitzer

7  _____     _____
8  BRIAN D. NETTLES, ESQ.     JORDAN P. SCHNITZER, ESQ.
   Nevada Bar No. 07462     Nevada Bar No. 10744
9  CHRISTIAN M. MORRIS, ESQ.     9205 W. Russell Road, Ste. 240
   Nevada Bar No. 11218     Las Vegas, NV 89148
10 1389 Galleria Dr., Ste. 200     Phone: 702-960-4050
   Henderson, NV 89014     Fax: 702-960-4092
11 Phone: 702-434-8282     Counsel for Defendants, Cheryl
   Fax: 702-434-1488     Rideout Cifuni, Estate of Mikayla
12 Attorneys for Defendants, Cheryl     Alexandra Cifuni, and Michael Cifuni
   Rideout Cifuni, Estate of Mikayla
13 Alexandra Cifuni, and Michael Cifuni

14 Dated this 24th day of September 2020.

15 BAUMAN LOEWE WITT & MAXWELL

16 /s/ Michael C. Mills

17 _____
18 MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
19 3650 N. Rancho Dr., Ste. 114
   Las Vegas, Nevada  89130
20 Phone: 702-240-6060
   Fax: 702-240-4267
21 Attorneys for Plaintiff,
   Acuity, a Mutual Insurance Company

22    IT IS SO ORDERED.

23
24              [signature]
25       _____
       Daniel J. Albregts
26        United States Magistrate Judge

27       September 25, 2020
   DATED: _____
28