MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Email: brigo@blwmlawfirm.com

Attorneys for Plaintiff
Acuity, a Mutual Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY, a Mutual Insurance Company, | CASE NO:  2:19-cv-01879-GMN-DJA |
| Plaintiff, | |
| vs. | |
| CHERYL RIDEOUT CIFUNI, individually and as Special Administrator of the Estate of MIKAYLA ALEXANDRA CIFUNI, deceased; and MICHAEL CIFUNI, individually; DOE INDIVIDUALS I through X inclusive and ROE BUSINESS ENTITIES I through X inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and Court costs.

STIPULATION AND ORDER
- PAGE 1 OF 2 -

3685522v1

Approved as to form and content:

Dated this 27th day of January 2021.

NETTLES / MORRIS

/s/ Christian M. Morris
_____
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 07462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
1389 Galleria Dr., Ste. 200
Henderson, NV 89014
Phone: 702-434-8282
Fax: 702-434-1488
Attorneys for Defendants, Cheryl Rideout Cifuni, Estate of Mikayla Alexandra Cifuni, and Michael Cifuni

Dated this 27th day of January 2021.

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills
_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada  89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Plaintiff,
Acuity, a Mutual Insurance Company

Dated this 27th day of January 2021.

THE SCHNITZER LAW FIRM

/s/ Jordan P. Schnitzer
_____
JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
9205 W. Russell Road, Ste. 240
Las Vegas, NV 89148
Phone: 702-960-4050
Fax: 702-960-4092
Associate Counsel for Defendants, Cheryl Rideout Cifuni, Estate of Mikayla Alexandra Cifuni, and Michael Cifuni

**IT IS SO ORDERED.**

Dated this __28__ day of January, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT